## GROSVENN^r cont^a HALL

Iohn Grosvenner plaint. cont^a Richard Hall & Elizabeth Hall his wife late Widdow Relict & sole Executrix of In^o Holbrooke dece^d Defend^t in an action of reveiw of a case formerly tryed at a County Court held at Boston the. 29th of April last, where the s^d Elizabeth obtained judgement against the s^d Grosvenner for cost of Court which is to his damage with all other due damages: . . . The Iury . . . found for the plaint. the ten hides in controversy or five pounds and costs of Court granted Forty Eight Shillings.